1
2
3
4                        UNITED STATES DISTRICT COURT
5                       NORTHERN DISTRICT OF CALIFORNIA
6
7   JASON CHRISTOPHER JIMENEZ             Case No.  25-cv-08427-TLT
    MOLINA,
8
                    Plaintiff,            **QUESTIONS FOR THE HEARING**
9
           v.                            **Motion for Preliminary Injunction**
10
                                         December 16, 2025, 2pm (in person)
11  SERGIO ALBARRAN,
                                         Re: Dkt. No. 7
12                  Defendant.

13  **I.    FAILURE TO FILE A REPLY**

14      A.    Pursuant to the briefing schedule in the Court's order at ECF 8, Respondents

15          response to Petitioner-Plaintiff's motion for preliminary injunction was due on

16          October 28, 2025, and Petitioner-Plaintiff's response was due October 30, 2025.

17          ECF 10.  Respondent filed a timely response.  ECF 18.  Petitioner-Plaintiff did not

18          file a reply in support of his motion for preliminary injunction.

19
20          i.    **To Petitioner-Plaintiff:** Please address whether Petitioner-Plaintiff waives

21              response to Respondent's argument that Petitioner-Plaintiff is an "applicant for

22              admissions" who is "seeking admission" to the United States and, thus, subject to

23              mandatory detention without a hearing under 8 U.S.C. § 1225(b)(2)(A). *See*

24              *Matter of Yajure Hurtado,* 29 I.&N. Dec. 216 (BIA 2025).

25
26              a.  If Petitioner-Plaintiff intends to address this argument for the first time at

27                  oral argument, please provide legal authority for the proposition that the

28                  Court may consider Petitioner-Plaintiff's new argument.  *Cookie Dep't, Inc.*

United States District Court
Northern District of California

*v. Hershey Co.*, No. 20-cv-09324, 2022 WL 4282100, at *4 (N.D. Cal. Sept. 9, 2022) ("Arguments that are raised for the first time at oral argument are generally deemed waived.") (citing *Booth v. United States*, 914 F.3d 1199, 1206 (9th Cir. 2019)).

Petitioner-Plaintniff is ***encouraged*** to address the Court's questions during oral argument on **<u>December 16, 2025</u>**.

**IT IS SO ORDERED.**

Dated: December 16, 2025

_____
TRINA L. THOMPSON
United States District Judge